IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KATHERINE PURDY,

    Plaintiff,

vs.

                                        No. CIV 2011-00643 LFG WDS

MGA INSURANCE COMPANY, INC., a
foreign corporation doing business as
GAINSCO INSURANCE COMPANY,
TITAN AUTO INSURANCE OF NEW MEXICO,
INC., WILLIE EPTING, and JOHN DOE ADJUSTERS
and AGENTS OF MGA INSURANCE COMPANY,
INC., GAINSCO INSURANCE COMPANY, and
TITAN AUTO INSURANCE OF NEW MEXICO, INC.,

    Defendants.

**ORDER GRANTING UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ANSWER OR OTHERWISE
RESPOND TO COMPLAINT**

The Court, having considered Defendant MGA Insurance Company, Inc.'s Unopposed Motion For Extension of Time To Answer Or Otherwise Respond To Plaintiff's Complaint, and good cause appearing therefore,

IT IS HEREBY ORDERED that the time frame for Defendant MGA Insurance Company, Inc. to answer or otherwise respond to Plaintiff's Complaint shall be on or before September 2, 2011.

                                        THE HONORABLE W. DANIEL SCHNEIDER
                                        United States Magistrate Judge